# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

JOON WOO KIM,

**FILED**

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 1344 – Bank Fraud;
18 U.S.C. § 1014 – False Statements to a Bank
18 U.S.C. § 2 – Aiding and Abetting;
18 U.S.C. § 982(a)(2) – Forfeiture Allegation

A true bill.

/s/ *Foreperson of the Grand Jury*

Foreman

Filed in open court this 27th day of

June 2023.

Clerk

Bail, $ No Bail - Warrant

Sallie Kim, U.S. Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

**FILED**

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:23-cr-00197 JD |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 1343 – Wire Fraud; |
| JOON WOO KIM, | ) 18 U.S.C. § 1344 – Bank Fraud; |
|  | ) 18 U.S.C. § 1014 – False Statements to a Bank |
| Defendant. | ) 18 U.S.C. § 2 – Aiding and Abetting; |
|  | ) 18 U.S.C. § 982(a)(2) – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment, with all dates being approximate:

1. Defendant Joon Woo KIM was an individual who conducted business in San Francisco and elsewhere. On or about June 22, 2015, KIM caused the formation and incorporation of the entity M5 Doctors Fund LP ("M5 Doctors Fund") in Wyoming. M5 Doctors Fund incorporation documents listed its mailing address and principal office address as 135 Main Street, 9th Floor, San Francisco, CA.

2. On or about June 22, 2015, KIM caused the formation and incorporation of the entity M5 Management LLC ("M5 Management") in Wyoming. M5 Management incorporation documents listed its mailing address and principal office address as 135 Main Street, 9th Floor, San Francisco, CA.

INDICTMENT                              1

3. On or about July 16, 2015, KIM caused the creation and opening of a bank account at First Republic Bank in Palto Alto, CA, with an account number ending -4369 under the name M5 Doctors Fund LP. KIM was a signatory on the bank account, controlled the account, and directed funds into and out of the account.

4. On or about July 16, 2015, KIM caused the creation and opening of a bank account at First Republic Bank in Palto Alto, CA, with an account number ending -4328 under the name M5 Management LLC. KIM was a signatory on the bank account, controlled the account, and directed funds into and out of the account.

5. On or about October 19, 2010, KIM's wife, referred to herein as S.C., incorporated CKR Enterprise, Inc. ("CKR"), a wholesale food distribution company, in California. KIM was the Secretary and Chief Financial Officer of CKR. S.C. was President and Chief Executive Officer ("CEO") of CKR.

## THE SCHEME AND ARTIFICE TO DEFRAUD

6. From no later than June 2015 and continuing through at least March 19, 2022, KIM engaged in a scheme, plan, and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and misleading statements and by failing to disclose material facts with a duty to disclose. In furtherance of the scheme to defraud, KIM: (1) caused the creation of the M5 Doctors Fund and M5 Management, and (2) induced investors to invest in the M5 Doctors Fund, and maintain their investment funds in the M5 Doctors Fund, based on KIM's false statements and omissions regarding the kinds of investments KIM would make on behalf of the M5 Doctors Fund and the use of investor funds. Among other false statements, KIM induced investors to invest in the M5 Doctors Fund by advertising that he would invest in the securities of Tesla, Inc. and electric vehicle companies and then, without telling investors, KIM transferred nearly all M5 Doctors Fund assets—including funds from the liquidation of investments and the return on those investments—to CKR, an entity he and his wife owned and operated. The scheme to defraud and conspiracy included the following manner and means:

7. KIM caused the creation of an investment fund—the M5 Doctors Fund—and a management fund—M5 Management. KIM sought and caused the recruitment of investors to fund the M5 Doctors Fund and induced investors to invest in the M5 Doctor based on KIM's false

INDICTMENT                                    2

representations that he would manage the M5 Doctor's Fund by investing in the securities of Tesla, Inc. and electric vehicle companies. KIM represented to investors and potential investors that the M5 Doctors Fund would invest fund holdings in securities related to electric vehicle ("EV") companies and, specifically, Tesla stock. KIM did not tell investors and potential investors that the M5 Doctor Fund would lend money to a privately held company or small business such as CKR, or to a privately held company owned and operated by KIM and his wife, S.C. Investors relied on KIM's representations about the M5 Doctors Fund investing in in securities related to electronic vehicle companies and Tesla stock and would not have invested in the M5 Doctors Fund if they had known KIM would lend M5 Doctors Fund money to CKR.

8. Based on KIM's representations to investors that the M5 Doctors Fund would invest in the securities of Tesla and electric vehicle companies, investors invested more than $3 million in the M5 Doctors Fund. Even after soliciting investments and after KIM began operating the M5 Doctors Fund, he continued to tell investors that the M5 Doctors Fund investment strategy was to invest in Tesla and EV company securities. For example, on October 21, 2016, KIM sent investors T.S., J.L., and W.L., an email stating "Fund is down for the year, primarily due to 1) leveraged position in Tesla and 2) hedge on the position did not work due to Tesla's proposed Solar City acquisition. I am very confidant on the position as Tesla's technological edge and financial progress this year is not being appreciated by investors. I believe the stock will trade more normally once November 17th vote on the acquisition is finalized." Further, on January 7, 2018, KIM sent W.L. and J.L. an email stating that he did "not believe stocks are expensive, despite wide skepticism" and that the fund would "[c]ontinue to focus on EV, Autonomous Driving, EV…otherwise things that will drive fundamental changes to our lives."

9. On or about October 19, 2015, KIM opened an account ending in -5997 with an online securities trading platform referred to herein as Online Securities Trading Platform 1. Initially, KIM invested some of the M5 Doctors Fund holdings in securities of publicly traded companies, including Tesla stock, and KIM earned a return on that investment. From in or about 2015 continuing to in or about July 2018, KIM had transferred approximately $4.8 million from M5 Doctors Fund to CKR without informing M5 Doctors Fund investors and while continuing to tell investors he was investing in stock of public EV companies. KIM transferred funds from the M5 Doctors Fund bank account at First

Republic Bank ending in -4369 and the M5 Management bank account at First Republic Bank ending in -4328 to bank accounts in the name of CKR controlled by KIM.

10. The M5 Doctors Fund Partnership Agreement provided that KIM, as General Partner, would provide investors with quarterly reports within 45 days after the close of each of the first three quarters of the fiscal year and an annual report within 90 days of the close of the fiscal year. KIM caused false investor statements to be sent to M5 Doctors Fund investors. For example, on September 28, 2019, KIM sent an email to investors W.L. and J.L. attaching fund statements for the fourth quarter of 2018. The investor statements provided that each investor had a positive capital account balance for the quarter ending on December 31, 2018. For example, the investor statements for J.L. and T.S. stated that each had an ending capital account balance for the quarter ending December 31, 2018, of $1,483,474.82 and $376,435.93, respectively. As of December 31, 2018, however, the M5 Doctors Fund balance in First Republic Bank account ending in -4369 was only $10,118.23, the balance in the M5 Management First Republic Bank account ending in -4328 was only $2,050.36, and the balance in the M5 Doctors Fund Online Securities Trading Platform 1 account ending in -5997 was only $4,594.71.

11. As General Partner of the M5 Doctors Fund and the person who held himself out as manager and person responsible for the M5 Doctors Fund, KIM had a duty to disclose all material business, transactions, and investments to the fund's investors and Limited Partners.

12. After the last quarter of 2018, KIM stopped sending quarterly or annual reports, despite repeated requests from investors for an accounting of KIM's investments.

13. At various points throughout the scheme, KIM made payments to victims in an attempt to lead those investors to believe that the M5 Doctors fund was solvent and engaged in investment activities when in fact KIM had transferred nearly all of the M5 Doctors Fund assets to CKR. KIM made these payments to investors by transferring money from CKR accounts to M5 Doctors Fund accounts to the investors in order to continue the scheme to defraud and in an effort to stop investors from taking legal and investigative action or to inquire further about the status of M5 Doctors Fund assets and investments.

14. KIM provided investors in the M5 Doctors Fund with false and misleading statements of account and other documents after receiving and using investor funds, and failed to disclose to investors

material information about how KIM actually used and disposed of investor funds, including lending nearly all of the investor funds to CKR.

COUNTS ONE THROUGH EIGHT:(18 U.S.C. §§ 1343 and 2 – Wire Fraud and Aiding and Abetting)

15. Paragraphs 1 through 14 of this Indictment are re-alleged and incorporated as if fully set forth here.

16. In or about June 2015 and continuing through at least in or about March 19, 2022, in the Northern District of California and elsewhere, the defendant,

JOON WOO KIM,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts, and for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the defendant did knowingly transmit, and cause to be transmitted, the following writings, signs, signals, pictures, and sounds in interstate and foreign commerce by means of wire communications, on or about the date below, each transmission being a separate count of the Indictment:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | July 12, 2018 | Electronic wire transfer of $250,000 from First Republic Bank account for M5 Doctors Fund ending in 4369 to a Wells Fargo bank account for CKR ending in 0282. |
| 2 | July 13, 2018 | Electronic wire transfer of $32,000 from First Republic Bank account for M5 Doctors Fund ending in 4369 to a Wells Fargo bank account for CKR ending in 0282. |
| 3 | June 18, 2019 | Electronic wire transfer of $46,000 from a Wells Fargo bank account for CKR ending in 0282 to a First Republic Bank account for M5 Doctors Fund ending in 4369. |
| 4 | June 19, 2019 | Electronic wire transfer of $54,000 from a Wells Fargo bank account for CKR ending in 0282 to a First Republic Bank account for M5 Doctors Fund ending in 4369. |
| 5 | September 1, 2019 | Email from KIM to W.L. and J.L. with the subject line "How to Best Close Out the Fund." |
| 6 | September 28, 2019 | Email from KIM to W.L. and J.L. with the subject line "Q4 Capital Letters" attaching investors statements for the quarter ending December 31, 2018. |
| 7 | December 21, 2019 | Email from KIM to investor T.S. with the subject line "Fund" stating "My best suggestion is … you stay in the fund for 2019 so that you will at least have some return." |
| 8 | December 29, | Email from KIM to investor T.S. with the subject line |

INDICTMENT                                                 5

| COUNT | DATE | DESCRIPTION |
|---|---|---|
|  | 2019 | "Fund" stating "Going to a lawyer really won't help make this happen any earlier because this matter will be resolved before anything meaningful happen[s] legally." |

All in violation of Title 18, United States Code, Sections 1343 and 2.

COUNTS NINE AND TEN:  (18 U.S.C. § 1344(1), (2) & § 2 – Bank Fraud and Aiding and Abetting)

17. Paragraphs 1 through 16 of this Indictment are re-alleged and incorporated as if fully set forth here.

18. Beginning no later than in or about February 2019, and continuing through no earlier than March 2022, in the Northern District of California and elsewhere, the defendant,

JOON WOO KIM,

did knowingly, and with the intent to defraud, devise and execute, and attempt to execute, a material scheme and artifice to defraud a financial institution, and to obtain moneys, funds, credits, assets, and other property that were then under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

Execution of the Scheme

19. On or about the date set forth in the count below, in the Northern District of California and elsewhere, for the purpose of executing the scheme and artifice referred to above, and attempting to do so, defendants conducted or caused to be conducted the following financial transaction, among others:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| 9 | February 27, 2019 | Application signed by KIM and others seeking a $1,300,000 line of credit in the name of CKR Enterprise, Inc. from Hanmi Bank. |
| 10 | February 27, 2019 | Application signed by KIM and others seeking a $3,200,000 business loan in the name of CKR Enterprise, Inc. from Hanmi Bank. |

All in violation of Title 18, United States Code, Sections 1344(1), (2) & 2.

COUNT ELEVEN:   (18 U.S.C. § 1014 & § 2 – False Statements to a Bank and Aiding and Abetting)

20. The factual allegations of Paragraphs 1 through 18 are re-alleged and incorporated as if fully set forth here.

INDICTMENT                                                                6

1    21.    Beginning no later than in or about February 2019, and continuing through no earlier than
2 March 2022, in the Northern District of California and elsewhere, the defendant,

JOON WOO KIM,

did knowingly and willfully make a false statement or report in a loan application KIM submitted to Hanmi Bank by (i) falsely claiming KIM and S.C. were the shareholders indebted to CKR in the amount of approximately $2.1 million; (ii) failing to disclose that CRK owed the M5 Doctors Fund more than $4 million; and (iii) on or about February 27, 2019, falsely attesting to the accuracy of all the statements in the loan application KIM submitted to Hanmi Bank on behalf of CKR.

All in violation of Title 18, United States Code, Sections 1014 and 2.

FORFEITURE ALLEGATION:    (18 U.S.C. § 982(a)(2))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

Upon conviction for any of the offenses set forth in Counts One through Eleven of this Indictment, the defendant,

JOON WOO KIM,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as a result of those violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:
  a.   cannot be located upon exercise of due diligence;
  b.   has been transferred or sold to, or deposited with, a third party;
  c.   has been placed beyond the jurisdiction of the court;
  d.   has been substantially diminished in value; or
  e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall, pursuant to 21 U.S.C. § 853(p) (as incorporated by 18 U.S.C. § 982(b)(1)), seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

INDICTMENT                                7

1  All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Section 982(a)(2), Title 28,
2 United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4 DATED: _June 27, 2023_____               A TRUE BILL.

                                            /s
                                          _____
                                          FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

–

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

INDICTMENT                         8

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 1344 – Bank Fraud;
18 U.S.C. § 1014 – False Statements to a Bank
18 U.S.C. § 2 – Aiding and Abetting;
18 U.S.C. § 982(a)(2) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Cts. 1-8: 20 years prison, $250,000 fine, 3 years supervised release, $100 special assessment, Restitution, Forfeiture
Cts. 9-11: 30 years' imprisonment; maximum $1,000,000 fine; maximum 3 years supervised release; $100 special assessment, Restitution, Forfeiture

**DEFENDANT - U.S**
➤ JOON WOO KIM

**DISTRICT COURT NUMBER**
3:23-cr-00197 JD

**FILED**
Jun 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. _____

**Name and Office of Person Furnishing Information on this form**   ISMAIL J. RAMSEY
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   AUSA CHRISTIAAN HIGHSMITH

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ➤ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ➤ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ➤ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address: _____

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: