Robb C. Adkins (SBN 194576)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111
Telephone:      415.659.2600
Facsimile:       415.659.2601
Email:            radkins@bakerlaw.com

Attorneys for Defendant Joon Woo Kim

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATS OF AMERICA, | CASE NO.: 3:23-CR-00197-JD-1 |
| Plaintiff, | HON. JAMES DONATO |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME FROM AUGUST 28, 2023 TO SEPTEMBER 25, 2023; [PROPOSED] ORDER |
| JOON WOO KIM, | |
| Defendant. | |

Defendant Joon Woo Kim was indicted in the above-captioned matter on June 27, 2023 and was arraigned on July 28, 2023, at which time this matter was assigned to this Court with a status hearing set for August 28, 2023.  The time from July 28, 2023 through August 28, 2023 was excluded from the Speedy Trial Act.  Defendant is not in custody and is under conditions of release.  Due to voluminous discovery, Defendant Kim's intention to secure new counsel, and the need for effective preparation of counsel, the parties now request that the status hearing set for August 28, 2023 be continued to September 25, 2023.

It is further stipulated by and between counsel for the United States and counsel for Defendant Joon Woo Kim, that time be excluded under the Speedy Trial Act from August 28, 2023 through September 25, 2023.  The parties stipulate that excluding time from August 28,

2023 through September 25, 2023, will allow for the effective preparation of counsel, taking into account the exercise of due diligence, and is appropriate based on the complexity of the case, volume of discovery, and Defendant Kim's securing of new counsel. *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv).  The parties further stipulate that the ends of justice served by excluding the time from August 28, 2023 through September 25, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), (iii), (iv).

SO STIPULATED.

Dated:   August 22, 2023          By:   */s/ Robb C. Adkins*
                                        Robb C. Adkins
                                        Counsel for JOON WOO KIM

Dated:   August 22, 2023          By:   */s/ Christiaan H. Highsmith*
                                        Christiaan H. Highsmith
                                        Counsel for the UNITED STATES

## [PROPOSED] ORDER

Pursuant to stipulation, the appearance currently set for August 28, 2023, is HEREBY CONTINUED for a status hearing on September 25, 2023.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that excluding time from August 28, 2023 through September 25, 2023, will allow for the effective preparation of counsel, taking into account the exercise of due diligence, and is appropriate based on the complexity of the case, volume of discovery, and Defendant Kim's securing of new counsel. *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 28, 2023 through September 25, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 28, 2023 through September 25, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), (iii), (iv).

IT IS SO ORDERED.

DATED: August 22, 2023

_____
JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO.: 3:23-CR-00197-JD-1