**Andrea Kim**
4306 E. Hillsborough Ave.
Orange, CA, 92867
(714) 397-4658 | ahgkim94@gmail.com

June 23, 2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

## Re:   <u>United States v. Joon Kim, CR 23-00197-JD</u>

Dear Judge Donato,

I am writing to you to support my uncle, Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud.

My uncle is one of the most generous people that I know with the biggest heart. From running around in his office as a child to spending time at family gatherings growing up, he has set an example of what it means to be a kind, honest, and patient man. No matter how busy he was, he always found a way to celebrate the various milestones in my life, such as birthdays, high school graduation, and college graduation.

His work ethic is one of the many inspirational traits that I strongly admire and something that I have strived to emulate in my own life. He has always encouraged me to work hard, to give everything my best, and to pursue excellence in all my endeavors. He has been a real life example of an individual who displays a strong work ethic and passion in everything he does in life.

All my life, I have heard about how dedicated he is to his work. When I visited CKR, I was able to see firsthand the amount of time, energy, and dedication that he put into building his own company. I was in awe of how knowledgeable he was in all aspects of the business and seeing his

leadership skills in action. I was able to meet the workers at the company, and it was evident that he cared deeply for his company's employees.

Please don't send my uncle to prison, as his absence would have a detrimental effect on the company and the employees well-being and ability to provide for their families.

Thank you for taking the time to consider this in making your decision.

Respectfully,

Andrea Kim

Estimado

Mi nombre es Artemio Meza. Trabajo en almacen. Trabajo en CKR desde Junio de 2021. El Sr. Joon kim me contato durante la pandemia de covid-19. Aunque la empresa estaba pasando por un periodo dificil, el sr. Joon me contato porque pensaba que Yo era una persona buena fue un trabajo enviado por dios ya que acababa de tener a mi primer hijo alan. Entiendo que lo Entiendo que lo centenciaras lo que decirles es que el sr Joon es un muy buen ser humano El se preocupa sinceramente por mi, mi Familia y todos los que trabajan aqui en CKR Aunque comence en almacen me dieron la oportunidad de trabajar con computadoras Mi objetivo es convertirme en un respaldo de Jaime quien es el gerente del almacen

Le imploro que permita que el Sr. Joon continue trabajando aqui No creo que pueda encontrar otro trabajo que tenga tanto potencia para mi y mi Familia tengo un bebe de 6 meses y mi esposa Mi Familia se empobrecera muy rapidamente si CKR cierra tendre que buscar otro trabajo con un salario mas bajo Y se que no encontrare otro trabajo que tenga tanto Futuro como CKR Por Favor se un Regalo de dios para mi, mi Familia y el sr Joon Por Favor muestren Micericordia al Sr Joon y permitale continuar trabajando en CKR Hoy dia no duermo mucho por mi bebe 6 Meses llora mucho por las noches desde que supe que el sr Joon podria estar en la carcel temo que pase algo a CKR y que mi Familia se quede sin hogar Mi unico deseo es mantener a mis presiosos bebes. El sr Joon es un gran Jefe Por Favor dele al Sr. Joon una segunda oportunidad y sera un Regalo de dios para mis bebes

6/19/2024

Respetuosamente: Artemio Meza

**Artemio Meza**
**1133 S. Evergreen Avenue, Los Angeles, CA 90023**
**(323) 458-3150**


06/19/2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    United States v. Joon Kim, CR 23-00197-JD**


Dear Judge Donato:


My name is Artemio Meza. I work at warehouse. I have been working at CKR since June of 2021. Mr. Joon Kim hired me during the Covid-19 pandemic. Even though company was going through a difficult period, Mr. Joon hired me because he thought I was a good person. It was a g4job sent by god, as I just had my first son Alan. I understand that I understand [sic] that you will sentence him. What I  tell you is that Mr. Joon is a really good human being. He sincerely cares for me, my family and everyone who works here at CKR. Although I started at [the] warehouse, I was given the opportunity to work with computers. My goal is to become a backup to Jaime who is the warehouse manager.


I implore you to allow Mr. Joon to continue to work here. I don't think I would be able to find another job that has this much potential for me and my family. [I] have a 6 month old baby and my wife. My family will become poor very quickly if CKR closes. I would have to look for another job at lower pay. And I know I won't find another job that has as much future as CKR. Please be a godsend to me, my family and Mr. Joon. Please show mercy to Mr. Joon and allow him to continue to work at CKR. I don't get a lot of sleep nowadays because my six-month-old cries at night. Since I learned that Mr. Joon might be in jail, I worry that something will happen to CKR and that my family will become homeless. My only wish is to provide for my precious babies.. Mr. Joon is a great boss. Please give him a second chance and it would be a godsend to my babies.


Respectfully


Artemio Meza

**Brandon Kim**
3167 Watermarke Place. Irvine, CA. 92612
| 714-745-2417 | bhgkim24@gmail.com

6/23/24

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

### Re:   **United States v. Joon Kim, CR 23-00197-JD**

Dear Judge Donato:

I am writing to you to support my beloved uncle Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud.

First and foremost I would like to start off by saying that my uncle is one of the kindest and hardest working people I have ever known in my life. Growing up and seeing how he was able to come here to the United States, attend Harvard for his undergraduate studies, and then receive his MBA at Wharton has been a great source of inspiration for me. For myself, having gone through medical school, residency, and just completing a fellowship to become a Rheumatologist, he has been there every step of the way, supporting me and encouraging me to make a difference in people's lives. Every venture he has set out to do has been with the goal of helping others. I am proud to have him as my uncle.

Even if he was gone for long periods of time due to the extreme challenges of his work, he always made it a point to reach out to me to see how I was doing because he always wanted what's best for me and at the core, he is a very caring person. It's been a great joy to see him pursue his passion of food in the form of CKR. The times that I've seen him at CKR, I can tell that he is excited and really determined to have this company succeed. Even throughout COVID, which was some of the hardest times not just for him but for the world, he continued to stay resilient and continued to push himself and CKR to even greater heights. His dedication to his

craft has only continued to inspire me to continue to work harder towards my future goals and dreams.

I am writing this letter to please ask you not to send my uncle Joon Kim to prison. He is an incredible person, and I know that if he is allowed to continue to work at CKR that he will be undoubtedly pay back the loan and most importantly continue to provide employment for his employees so they can support themselves and their families.

Thank you for considering these comments in making your decision.

Respectfully,

Brandon Kim

Diana Rodriguez
2340 Miramar St., Los Angeles, CA 90057
(925) 826-9179


June 24, 2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** __United States v. Joon Kim, CR 23-00197-JD__


Mi nombre es: Diana Acevedo
trabajo en el departamento de Producción en CKR
Tengo un hijo de 4 años de edad y Estoy
Embarazada por favor Permita que el Sr: Joon Kim
trabaje para que Pueda Seguir teniendo Como
mantener mi familia Si algo le Pasa a CKR
No sabria donde Pueda tomar otro empleo
Por que causara muchos Problemas a mi
hijo y mi bebé que esta por nacer

Por favor. tenga Piedad Con el Sr: Joon Kim
Realmente es un buen jefe y buen hombre

Con gran Respeto : Diana Acevedo Rodriguez

**Diana Rodriguez**
2340 Miramar Street, Los Angeles, CA 90057
(925) 826-9179


06/24/2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    United States v. Joon Kim, CR 23-00197-JD**


My name is Diana Acevedo. I work in the production department at CKR. I have a four year old boy and I am pregnant. Please allow Mr. Joon Kim to work so that I can continue having a way to support my family. If something happens to CKR I don't know where I might find another job. [This would] cause many problems for my son and my baby that is about to be born. Please take pity on Mr. Joon Kim. He truly is a good boss and a good man.


With great respect,


Diana Acevedo Rodriguez

Donald D Toy

20510 Via Campanas, Yorba Linda, CA 92886

714-598-9112 (m) | ddtoy@sbcglobal.net (e)


June 23, 2024


The Honorable James Donato

United States District Judge

450 Golden Gate Avenue

San Francisco, CA 94102


Re:   **United States v. Joon Kim, CR 23-00197-JD**


Dear Judge Donato:

I am writing to you to support my friend, Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud. I am acquainted with Joon as an investor in the wholesale meat business and also as a significant contributor to the IT operations in building the IT infrastructure and oversight management of the day to day in-house information technology operations. As an IT professional, I am very fortunate that Joon trusted my expertise in implementing a scalable IT infrastructure that supports a growing business and maximizes limited resources to operate in an efficient manner.

Engaging with Joon essentially from the early days of the meat business, I had the opportunity to see Joon's excellent leadership in operating the day to day business and recognized his ability to express his vision in building and scaling the business in a growth capacity and working towards the goal of making the business a well oiled entity that can become self-sustaining. Towards that goal, Joon encouraged me and gave me the autonomy to buildout the IT infrastructure which is used as an integral tool in running the daily operations. I am very proud of the IT implementation and delivery of the IT infrastructure and particularly grateful to Joon for giving me the opportunity to create tools and procedures from the ground floor.

Since I have had the opportunity to observe Joon's operation of the business, I believe that he has the best interests in keeping the business successful as it provides jobs to many people and he genuinely cares about the company's employees and their well-being. I find Joon to be an excellent leader as he encourages self-growth and advancement by his employees. In many ways, he treats his employees and associates as extended family and gives them the opportunities to become the best that they can be. Joon is an outstanding person and we hope that he can continue to be a key contributor in the day to day operations of this successful small business.

As an investor in the business, I have found Joon to be completely professional and his communications to be accurate. I note that during the COVID-19 period, we were concerned that the business viability was in significant jeopardy. Through Joon's skillful management and leadership, he was able to navigate through this very difficult period and emerged with the business hanging in balance. However, he had the wherewithal to move nimbly and make hard decisions to keep the business from falling into bankruptcy and as an investor, we are very grateful that he was able to preserve and maintain the business. I am very aware many small business fail however with Joon leading the way, I have confidence that he executes with conviction and works hard to make many moving pieces come together.

Thank you for considering the mitigating reasons for leniency and we hope that it will make a difference as Joon can do more good and help more people if given the opportunity to continue as a principal in the meat business.

Respectfully,

Donald D. Toy

Soy Jaime Salto y trabavo par Joon Kim en CKR

Estimado Juez Donato, Joon Kim es uno de los mevores Jefes que he tenido en mis trabavos. y tambien es buen amigo aveses cuando hay tiempo conbersa con nosotros incluso pregunta por nuestras familias.

Es buen Jefe y yo se lo he dicho a él que realmente es buena persona.

Yo tengo que estar en contacto mucho con el para pedirle que nos consiga producto, carnes, cavas bolsas o cualquier cosa que nesecitemos para trabavar todo el equipo.

Gracias a este trabavo puedo mantener a mi familia me da permiso cada que necesito.

Por eso estimado Juez Donato te suplico ayuda para seguir trabavando con el.

**Jaime Salto**
12412 Brittain St., Hawaiian Gardens, CA 90716
(714) 723 - 8877

June 24th, 2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** **United States v. Joon Kim, CR 23-00197-JD**

I am Jaime Salto and I work for Joon Kim at CKR.

Honorable Judge Donato, Joon Kim is one of the best bosses I have had in my jobs and is also a good friend. [S]ometimes when there is time he converses with us and asks about our families.

He is a good boss and I have told him personally that he really is a good person.

I have to have frequent contact with him to ask that he obtain product, meat, boxes, bags or whatever else we need to operate all the equipment.

Thanks to this job I am able to support my family he [Joon Kim] gives me permission for whatever I need.

For this Honorable Judge Donado I implore your help to keep working for him.

**Jorge Rojo**
150 S. Idaho St., La Habra, CA 90631
(626) 261-9139

06/24/2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **United States v. Joon Kim, CR 23-00197-JD**

Estimado Juez Donato,

Mi nombre es Jorge Rojo Trejo soy un trabajador principal de producción en CKR. Me dijeron que el sr. Joon Kim será sentenciado por usted. Le escribo para pedirle una segunda oportunidad para el. CKR es una buena empresa. Comence a trabajar en CKR en noviembre del 2019. Mi salario por hora inicial fue de $14.50 por hora. Ahora gano $21.50 la hora. Soy padre soltero y tengo un hijo de 6 años Christian. Si CKR cierra por que el sr. Kim no esta aqui, me resultara muy dificil encontrar otro trabajo que pague tanto como CKR o otra empresa que tenga tanto futuro. Soy buen trabajador. Yo trabajo

y tenemos muchas otras buenas personas en CKR.
Por favor, denle al sr. Kim una segunda oportunidad
para que todos podamos seguir trabajando juntos.
Con gran respeto,

Jorge Rojo Trejo

**Jorge Rojo**
150 S. Idaho St., La Habra CA 90631
(626) 261-9139


06/24/2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    United States v. Joon Kim, CR 23-00197-JD**

Dear Judge Donato,


My name is Jorge Rojo Trejo. I am a lead production manager at CKR. I've been told
that Mr. Joon Kim will be sentenced by you. I write to ask you for a second chance for
him. CKR is a good business. I started working for CKR in November of 2019. My initial
salary was $14.50 per hour. Now I make $21.50 per hour. I am a single foather and have
a 6 year old son, Christian. If CKR closes because Mr. Kim is not here, it would be very
hard for me to find another job that pays what CKR does or another company where I
would have such a future. I am a good worker. I work and we have many other good
people here at CKR. Please, give Mr. Kim another opportunity so that all of us can keep
working together.


With great respect,


Jorge Rojo Trejo

Lowell V Bakke III
316 Diamond St., Redondo Beach, CA 90277
(213) 424-0179
Lowell.Bakke@worldfoodpd.com

June 23, 2024

The Honorable James Donato United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Joon Kim, CR 23-00197-JD

Dear Judge Donato:

I am writing to you in support of my boss, Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud. I am employed as an Account Executive and my duties include sales, customer retention, and brand representation.

Losing Joon would be a huge detriment to my livelihood, my co-workers' jobs, and the company. He is the heartbeat of the company and without his support in the company I fear the worse for us. Not only has Joon been a mentor to me, but he has also shown the utmost respect to me and has always been fair with me. He has been supportive, generous and kind to me on plenty of occasions and provides everyone who works at the company a chance to succeed. He has made me feel more than just an employee, he has made me feel like I am a partner of the company.

I ask that you take in consideration all who work for him when you make your decision.

Thank you.

Respectfully,

Lowell V. Bakke III

Dr. Luyen Nguyen
2101 Clementine street, Naples, Fl. 34120
(239) 287-7447    luyendds@gmail.com

June 23, 2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    United States v. Joon Kim, CR 23-00197-JD

Dear Judge Donato:

I am writing to you in support of my good friend and close confidant, Joon Kim.
I have known Joon for over 10 years and am an investor in CKR company.

I understand Joon Kim is going to be sentenced by you after pleading guilty to
fraud. I hope that you have leniency on this matter as Joon is a good man.
When I first met Joon, my wife was pregnant and couldn't move fast.
Joon would walk down to the hotel lobby to fetch water for my wife. Joon is a
very thoughtful man to say the least.

As an outsider, I see that this was a serious mistake on Joon's part, but I
believe it was intended to be a short-term solution to a temporary problem,
but that it got out of hand. I cannot believe that Joon intended to steal money.
In any event, CKR is now doing well, thanks to Joon's hard work and
perseverance, and we are confident the loan will be repaid soon, perhaps
even before the end of 2025. On the other hand, if Joon goes to prison, CKR
will most likely go bankrupt.

By giving Joon a lower sentence, or no sentence, CKR will continue to employ
workers and create jobs. This will be good for everyone. Please don't send
Joon to prison as many people depend on him for jobs. I depend on Joon's
hard work and ethics as an investor. May I add that I still trust him 100%.

Thank you for your consideration of this request.

Sincerely,
Dr. Luyen Nguyen

**Marvin Kim, MD**
435 W. Longden Ave, Arcadia, CA 91007
(626) 234-9408
mkimf1@gmail.com

June 23, 2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>United States v. Joon Kim, CR 23-00197-JD</u>

Dear Judge Donato:

I am an investor in CKR, and I am writing to you to support Joon Kim who I understand is going to be sentenced by you after pleading guilty to fraud.

Joon is a strong leader at CKR corporation. He has good work ethics and he cares deeply about the CKR employees and their families. He admitted his wrongdoing with Doctors fund and now he is willing to make amends. In the event that Joon is imprisoned, he will not be able to pay back the loans to the Doctors fund. Since so many people's lives are at stake, Joon should not be imprisoned and instead should incur a financial penalty instead. Having Joon in prison doesn't make any financial sense since he won't be able to pay back the loans.

Please don't send Joon Kim to prison as many people's livelihood depends on him. CKR may go bankrupt and the employees will have a difficult time feeding their families. Thank you for considering these comments in making your decision.

Respectfully,

*Marvin Kim*

Marvin Kim, MD

Miguel Salto
5914 Orange Ave. Apt. 2, Long Beach, CA 90805
(562) 219-1416

06/21/2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:   United States v. Joon Kim, CR 23-00197-JD**

Dear Judge Donato,

My name is Miguel Salto. I am the Production Manager at CKR. I understand that
my boss, Mr. Joon Kim, will be sentenced by you. I am writing to ask for mercy so
that CKR can be successful.

I have been working at CKR since October of 2015, for almost 9 years. My boss is
a good person and honest person. Although he was not in the company a lot when I
first started at CKR, my boss has been working day and night at CKR for the past
few years. He usually sleeps on a couch in his office. During the Covid-19
pandemic, we did not have a lot of work. But we all made sacrifices together, and
we made it through the pandemic.

I have an ex-wife and 8 years old son, Gael. Gael plays baseball, and he is pretty
good at it. CKR's closure will be detrimental to my family. We have a lot of good
people at CKR. For all of us, I ask you for mercy for my boss.

Respectfully,

Miguel Angel Salto G.

**Miwon Kim**
4306 East Hillsborough Ave, Orange, CA. 92867 | (714) 746-2023 |
mkim40@socal.rr.com


6-23-2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    United States v. Joon Kim, CR 23-00197-JD**


Dear Judge Donato:

I am writing to you to support my younger brother, Joon Kim, who I
understand is going to be sentenced by you after pleading guilty to fraud.

Our parents immigrated in 1979 when Joon was in seventh grade. Joon
overcame the challenges of learning English as well as American cultures.
His hard work and relentless determination came to a fruition when he was
accepted to the Harvard University which was dream come true for our
parents who came to the United States to provide the better education.

After his college graduation, he was offered a job in management consulting
firm in Boston. Unfortunately, our father was diagnosed as Stage IV gastric
cancer and had to undergo chemotherapy. During this difficult time, Joon did
not hesitate submitting resignation letter knowing that he had to take care of
my father. I was still in pharmacy school at that time. Knowing his situation
and his work ethics, the company allowed Joon to work remotely from LA
while taking care of my father. After his passing, Joon took the responsibility
of head of household although he was the youngest of the three. My father's
passing was especially difficult for Joon who felt guilty for not buying him
the health insurance and had to go through the county health system. I had to
remind him that was not his fault.

Since my father's passing, Joon took care of my mom, who is 89 years old. I cherished Joon's sacrifice for our father as well as his caring for our mom. He is a caring son who has our mom's best interest in his heart.

All his life, Joon strived and worked so hard to be a provider for his family as well as his employee's families. While he was operating CKR, the life threw a curve ball in the shape of COVID 19. Despite of difficulties, he managed CKR to afloat.

Knowing Joon for all his life, I can attest to Joon's honesty, caring and integrity that he will not rest until he pays back all the debt CKR borrowed in full.

Please show your leniency and help Joon to continue to manage CKR so that he can continue to pay back the debt CKR borrowed and provide for his family as well as his employees' families. Thank you for your consideration.

Sincerely,

Miwon Kim

**Pedro Avila**
1300 Lilac Ter #201, Los Angeles, CA 90026
(213) 434-1689

June 19th, 2024

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>**United States v. Joon Kim, CR 23-00197-JD**</u>

Dear Judge Donato:

I am writing to you to support my boss, Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud. I oversee transportation at CKR, and I have been working at CKR for the past 12 years. I am the longest serving employee.

I began at CKR as a driver in 2012. I rose to the position of Operation and Warehouse Manager, and since 2022, I have been managing transportation and facility maintenance.

Judge, Joon is a good man. I remember how ecstatic Joon was when I purchased a new Toyota Camry after being with the company for 2 years. And for the past 12 years, Joon has always encouraged me to grow my capacity and did his best to raise up me and my family's lives. In hindsight, I could see that sometimes he was taken advantage of by employees who stole from him by large amount. However, even in most difficult situations, he always paid his bills. He was late sometimes, but he always paid his bills. I know because if he hadn't, I would not be picking up meat from the same companies I have been for the past 10 years. Joon also is someone of strong responsibility. During the Covid-19 pandemic, he got all the employees together and said "We will get through this together. We won't lay off anyone." And we came through Covid-19 pandemic without laying off a single person. We all shared in the pain. I heard that Joon did not take salary during pandemic. Joon really is a good man.

Judge, CKR is still a small company. It is important for a few of us to do whatever comes up each day to serve our customers well. CKR just cannot function without Joon. Next year, I will be 60 years old. If CKR closes, I am afraid I will not be able to find a job, or if I do find a job, my pay will be cut significantly. Lucky for me, my three sons are grown up, but I still have not saved up for retirement, and I need to work. I really need this job, and I really need CKR to be ok.

Judge, I trust you are wise. Please! Please! Find a way for Joon to continue to work and for CKR to be ok.


Respectfully,

Pedro Avila

Cynthia J. Toy
20510 Via Campanas, Yorba Linda, CA 92886
Tel: 714-273-0807 | Email: cindeetoy@sbcglobal.net


June 23, 2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102


**Re:   United States v. Joon Kim, CR 23-00197-JD**


Dear Judge Donato:

I am writing to you to support Joon Kim, who I understand is going to be sentenced by you after pleading guilty to fraud.

I am a joint investor with my husband, Donald Toy, in CKR's wholesale meat business. I have limited direct exposure with Joon Kim, however I do receive his business updates and ongoing communications on the business. From his communications, I find his style to be direct and to the point and I appreciate his ability to report on the actual state of the business. Because this is a small company, I find it important that facts are conveyed accurately and opinions kept at a conservative and realistic viewpoint. I look to Joon to safely guide and make important decisions in preserving and expanding the company operations. While we know that our investment is at-risk, we are confident in Joon's ability to maintain and grow the company.

It is important that the business continues to operate with Joon in a leadership role as it provides many jobs in the community and he would be able to do so as an ongoing operation. Please consider leniency for Joon as he can continue to provide jobs and help his employees and associates continue being productive members of society. He is able to provide more good doing what he is good at and, from an investor viewpoint, an ongoing viable business is beneficial to the community.

Very truly yours,

Cynthia J. Toy

Rachel Kim
1828 Glendon Ave., Unit 103
Los Angeles, CA 90025
(714)-315-3786 | rachelskim97@gmail.com


June 23, 2024


The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   **United States v. Joon Kim, CR 23-00197-JD**

Dear Judge Donato:

I am writing to you today to support my Uncle, Joon Kim, who I understand is
going to be sentenced by you after pleading guilty to fraud.

I have always looked up to my uncle growing up. Ever since I was a little girl, I
remember thinking he was the most fun and loving person ever. As I got older, I
was able to learn and witness more than just this fun side, but his intelligence,
work ethic, and passion in all he does.

My uncle's work ethic started from a very young age. After immigrating to the
U.S., he made sure to stay focused on his studies and extracurricular activities to
achieve great success in school, all while navigating the challenges of learning and
immersing himself in a new culture and language. He was Valedictorian of his
high school and continued his success during his undergrad at Harvard and his
MBA at Wharton. His success has always inspired me and is what led me to pursue
a degree in Economics and a career in the world of business.

After completing my freshman year of college, my uncle kindly let me intern at his
company, CKR, for the summer. As someone who had no prior work experience,
he served as a great mentor and helped ease the learning curve of some of the
projects he had tasked me with. It was during these 3 months that I was able to
witness firsthand the work ethic I had heard about all my life. Even amongst his
busy work day, he always managed to find time to answer my questions, no matter
how complex or simple they were. I loved learning about the business he was

growing and so excited about and am glad I was able to share that experience with him.

My uncle's dedication to his work has always been evident, and it meant that there were several years where we didn't get to see him as often. No matter how busy he got, he always made sure to write me and my siblings nice notes on our birthdays, big events and milestones. If we hadn't seen him in awhile, he always made a big effort the next time we saw him to know what was going on in all of our lives, always making us feel cared and loved for. Some of my favorite memories with him was at this Korean BBQ restaurant near my Grandma's house. We shared so many great laughs and delicious food there, and is a place that holds a special place in my heart.

It has been incredible watching CKR grow and stay resilient during extremely difficult times like COVID under the leadership of my uncle. His determination to pursue this incredible vision for his company is at the core of everything he does, and thus the success and future of CKR. Having him go to prison would have a detrimental impact on the company and the many individuals that CKR employs. Without his expertise and leadership, the future of the company and its employees may be in danger of heading to bankruptcy, and unemployment for those whose livelihoods depend on this job to support themselves and their families.

I am writing this letter to please ask you not to send my Uncle Joon to prison. While I cannot speak for all of the parties involved, I know that his absence in his family's lives and company would have a very negative impact. Everyone who knows him knows what a great father, brother, son, uncle, friend, and leader he is, and not having him around would be absolutely devastating.

Thank you for considering these comments in making your decision.

Respectfully,

Rachel Kim